| PORTER-BATISTE-STOLTZ, L.L.C. | Limited Liability Company | NEW ORLEANS | Active |
|---|---|---|---|

| | |
|---|---|
| **Business:** | PORTER-BATISTE-STOLTZ, L.L.C. |
| **Charter Number:** | 35492333 K |
| **Registration Date:** | 6/2/2003 |

### Domicile Address
3013 PINE STREET
NEW ORLEANS, LA 70125

### Mailing Address
C/O GEORGE PORTER, JR.
3013 PINE STREET
NEW ORLEANS, LA 70125

### Status
| | |
|---|---|
| **Status:** | **Active** |
| **Annual Report Status:** | **Not In Good Standing for failure to file Annual Report** |
| **File Date:** | 6/2/2003 |
| **Last Report Filed:** | 4/29/2009 |
| **Type:** | Limited Liability Company |

### Registered Agent(s)
| | |
|---|---|
| **Agent:** | GEORGE PORTER, JR. |
| **Address 1:** | 3013 PINE STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |
| **Appointment Date:** | 6/2/2003 |

### Officer(s)     Additional Officers: No
| | |
|---|---|
| **Officer:** | GEORGE PORTER, JR. |
| **Title:** | Member |
| **Address 1:** | 3013 PINE STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |
| **Officer:** | BRIAN STOLTZ |
| **Title:** | Member |
| **Address 1:** | 3013 PINE STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |
| **Officer:** | DAVID RUSSELL BATISTE, JR. |
| **Title:** | Member |
| **Address 1:** | 6630 WEST END BLVD. |
| **City, State, Zip:** | NEW ORLEANS, LA 70124 |

### Amendments on File
**No Amendments on file**