

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**HIGHSTEPPIN PRODUCTIONS LLC Summary Screen**

Help with this form

[ Request a Certificate ]

| Field | Value |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | HIGHSTEPPIN PRODUCTIONS LLC |
| Entity Type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 651250684 |
| Old Federal Employer Identification Number (Old FEIN): | |
| Date of Organization in Massachusetts: | 06/13/2005 |
| Date of Involuntary Dissolution by Court Order or by the SOC: | 04/30/2009 |

**The location of its principal office:**
No. and Street: 100 CUMMINGS CENTER-SUITE 343C
City or Town: BEVERLY    State: MA    Zip: 01915    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Resident Agent:**
Name: PHILIP STEPANIAN
No. and Street: 100 CUMMINGS CENTER-SUITE 343C
City or Town: BEVERLY    State: MA    Zip: 01915    Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | PHILIP IRA STEPANIAN | 100 CUMMINGS CENTER-SUITE 343C<br>BEVERLY, MA 01915 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | PHILIP IRA STEPANIAN | 100 CUMMINGS CENTER-SUITE 343C<br>BEVERLY, MA 01915 USA |

EXHIBIT B

The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | PHILIP IRA STEPANIAN | 100 CUMMINGS CENTER-SUITE 343C<br>BEVERLY, MA 01915 USA |

\_\_ Consent         \_\_ Manufacturer       \_\_ Confidential Data      \_\_ Does Not Require Annual Report
\_\_ Partnership     X  Resident Agent      \_\_ For Profit             \_\_ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Annual Report
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2010 Commonwealth of Massachusetts
All Rights Reserved

Help