file:///J|/George%20Porter%20Jr/Highsteppin%20litigation/Bankruptcy...0relief%20from%20stay/Exh%20G-3%20Discoevry%20e-mail%2012-13-10.htm

Case 10-13553    Doc 43-7    Filed 12/13/10    Entered 12/13/10 17:47:51    Exhibit G
Discovery e-mails of counsel    Page 1 of 7

**From:** bakerlaw@aol.com
**Sent:** Thursday, August 19, 2010 3:31 PM
**To:** jpieksen@cox.net
**Subject:** Re: PBS

John; This shall confirm our agreement yesterday as follows:

1. George Porter will answer the outstanding discovery (interrogatories and production of documents) on or before September 30, 2010;

2. George Porter will provide voluntary disclosures pursuant to the automatic disclosure rule by September 30, 2010;

3. George Porter will provide all documents in accordance with the preliminary injunction that document the earnings on or before September 3, 2010;

Jeff Baker


-----Original Message-----
From: John O. Pieksen, Jr. <jpieksen@cox.net>
To: bakerlaw@aol.com; 'john pieksen' <jpieksen@cox.net>
Cc: 'Ronnie Penton' <rgp@rgplaw.com>
Sent: Thu, Aug 19, 2010 4:23 pm
Subject: PBS

Jeff;

Good chatting with you yesterday. I had not received the anticipated confirmatory e-mail re discovery dates, etc. so I wanted to shoot you a quick note requesting same, so I can pass it along to Ronnie and see what his position will be, as I promised.

Kindly send me the e-mail at your convenience, and I will secure Ron's response.

Best,

John

s/ John O. Pieksen, Jr.

**John O. Pieksen, Jr., Esq.**
John Pieksen & Associates, APLC
829 Baronne Street, New Orleans, LA 70113
Ofc: 504/581-9322   Fax:504/324-4844
jpieksen@cox.net

file:///J|/George%20Porter%20Jr/Highsteppin%20litigation/Bankruptcy...0relief%20from%20stay/Exh%20G-3%20Discoevry%20e-mail%2012-13-10.htm

Case 10-13553   Doc 43-7   Filed 12/13/10   Entered 12/13/10 17:47:51   Exhibit G

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Discovery e-mails of counsel \*\* Page 2 of 7\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:  The content of this e-mail message and any attachments are confidential and may be legally privileged, intended solely for the addressee.  If you are not the intended recipient, be advised that any use, dissemination, distribution, or copying of this e-mail is strictly prohibited.  If you receive this message in error, please notify the sender immediately by reply e-mail and destroy the message and its attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

No virus found in this message.

Checked by AVG - www.avg.com

Version: 10.0.1170 / Virus Database: 426/3313 - Release Date: 12/13/10

**From:** John O. Pieksen, Jr. [jpieksen@cox.net]
**Sent:** Tuesday, August 10, 2010 11:45 AM
**To:** bakerlaw@aol.com; RGP@RGPlaw.com; 'john pieksen'
**Subject:** RE: PBS - discovery

Jeff;

Thanks for Plaintiff's Rule 26 initial disclosures, although we maintain they are premature under Rule 26(d) and LR 16.1(b), given that the Court has not yet set a date for a Rule 26(f) Conference. We further maintain that, pursuant to LR 26.2(a), Defendants have, at a minimum, 30 days from the date of the Rule 26(f) Conference to respond to any discovery requests, which obviates any Rule 7.1 conference at this time.

Without waiving our position, or any objections based thereon, in the spirit of cooperation, we are currently in the process of compiling responses, which we will produce when they are ready or when obligated (whichever comes first). In the event we need extra time, beyond the 30-day, post Rule 26(f) Conference deadline, we will so advise and request your client's cooperation and consent. Until then, and with best regards, we remain

VTY,

John


s/ John O. Pieksen, Jr.

**John O. Pieksen, Jr., Esq.**
John Pieksen & Associates, APLC
829 Baronne Street, New Orleans, LA 70113
Ofc: 504/581-9322  Fax:504/324-4844
jpieksen@cox.net

******************************************************************************
CONFIDENTIALITY NOTICE: The content of this e-mail message and any
attachments are confidential and may be legally privileged, intended solely
for the addressee. If you are not the intended recipient, be advised that
any use, dissemination, distribution, or copying of this e-mail is strictly
prohibited. If you receive this message in error, please notify the sender
immediately by reply e-mail and destroy the message and its attachments.
******************************************************************************

**From:** bakerlaw@aol.com [mailto:bakerlaw@aol.com]
**Sent:** Tuesday, August 10, 2010 4:34 AM

file:///J|/George%20Porter%20Jr/Highsteppin%20litigation/Bankruptcy...0relief%20from%20stay/Exh%20G-1%20Discoevry%20emails%2012-13-10.htm

Case 10-13553    Doc 43-7    Filed 12/13/10    Entered 12/13/10 17:47:51    Exhibit G
Discovery e-mails of counsel    Page 4 of 7

**To:** RGP@RGPlaw.com; jpieksen@cox.net
**Subject:** Highsteppin' Productions LLC v. Porter st al

Gentlemen;

Enclosed please find the voluntary disclosures as reuqired by the rules of civil procedure and local rules.

Regards,

Jeff Baker

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1170 / Virus Database: 426/3313 - Release Date: 12/13/10

**From:** John O. Pieksen, Jr. [jpieksen@cox.net]
**Sent:** Wednesday, August 18, 2010 9:33 AM
**To:** bakerlaw@aol.com; 'john pieksen'
**Subject:** RE: PBS

Jeff:

Thx for the recent e-mail.  We have asked Elevation Group (FMI) and Blue Mountain to provide me with any "statements, contracts, projections, and correspondence sent to and received by [Porter] pertaining to [gigs/income]" as per the most recent PI, and we will provide those to you "when available."

Porter is out on a short run and will be back in next week.  We have also asked him to send whatever he may have, and he will check his computer at home when he returns.

As to premature discovery and related matters, we reiterate (as previously communicated) that in the future, if you actually want to discuss something with me, as opposed to just leaving a message, please call me at 504.481.6752 as the 504.581.9322 number is primarily a message service, and I am rarely in a position to accept calls to that number when they come in.  In response to your "rejection" of the application of FRCP 26(d) and Local Rule 16.1(b), we would ask that you provide apposite authority for that position, and upon receipt of same, would be happy to revisit our position to see if your "rejection" is warranted, absent which we stand by our position as set forth in our 8/10/10 e-mail to you.

We look forward to hearing from you in the event you wish to further discuss matters.

Until then, and with best regards, we remain

VTY,

John


s/ John O. Pieksen, Jr.



**John O. Pieksen, Jr., Esq.**
John Pieksen & Associates, APLC
829 Baronne Street, New Orleans, LA 70113
Ofc: 504/581-9322   Fax:504/324-4844
jpieksen@cox.net



*******************************************************************************
CONFIDENTIALITY NOTICE:  The content of this e-mail message and any attachments are confidential and may be legally privileged, intended solely for the addressee.  If you are not the intended recipient, be advised that

any use, dissemination, distribution, or copying of this e-mail is strictly prohibited.  If you receive this message in error, please notify the sender immediately by reply e-mail and destroy the message and its attachments.
****************************************************************************

---

**From:** bakerlaw@aol.com [mailto:bakerlaw@aol.com]
**Sent:** Monday, August 16, 2010 10:26 AM
**To:** jpieksen@cox.net
**Subject:** Re: PBS

John;

In accordance with the Preliminary Injunction please forward immediately all of the documentary back up for the amounts you claim on your reports since December, 2009.

In addition, I attempted on Friday, August 13, 2010, to speak with you by telephone. I am going to file motions to compel on the outstanding discovery. I reject your view that the scheduling conference rule precludes discovery prior to the scheduling of the same.

Sincerely,

Jeff Baker




-----Original Message-----
From: John O. Pieksen, Jr. <jpieksen@cox.net>
To: bakerlaw@aol.com; 'john pieksen' <jpieksen@cox.net>; RGP@RGPlaw.com; 'Diane Schilling' <dischilling@rgplaw.com>
Sent: Mon, Aug 16, 2010 11:20 am
Subject: PBS

All:

Here is Porter's July escrow report.

Best,

John

s/ John O. Pieksen, Jr.

**John O. Pieksen, Jr., Esq.**
John Pieksen & Associates, APLC
829 Baronne Street, New Orleans, LA 70113

file:///J|/George%20Porter%20Jr/Highsteppin%20litigation/Bankruptcy...relief%20from%20stay/Exh%20G-2%20Discovery%20e-mails%2012-13-10.htm

Case 10-13553    Doc 43-7    Filed 12/13/10    Entered 12/13/10 17:47:51    Exhibit G Discovery e-mails of counsel    Page 7 of 7

Ofc: 504/581-9322   Fax:504/324-4844

jpieksen@cox.net


*******************************************************************************
CONFIDENTIALITY NOTICE:  The content of this e-mail message and any attachments are confidential and may be legally privileged, intended solely for the addressee.  If you are not the intended recipient, be advised that any use, dissemination, distribution, or copying of this e-mail is strictly prohibited.  If you receive this message in error, please notify the sender immediately by reply e-mail and destroy the message and its attachments.
*******************************************************************************

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1170 / Virus Database: 426/3313 - Release Date: 12/13/10