IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | No. 10-13553 |
| | * | |
| ADREAN H. PORTER | * | SECTION "A" |
| GEORGE J. PORTER, JR. | * | |
| | * | Chapter 7 |
| Debtors | * | |
| | * | |

*************************************************************************

## CONSENT MOTION AND INCORPORATED MEMORANDUM
## IN SUPPORT TO CONTINUE HEARING

Highsteppin' Productions, LLC (HSP"), Creditor, through their counsel of record, moves the Court for a brief continuance of the December 21, 2010 hearing on its Motion for Relief from Automatic Stay for the following reasons:

1.

HSP has recently filed a Motion to Abstain and Remand Highsteppin' Productions, LLC v. Porter, et al., United States District Court, District of Massachusetts, Docket Number 1:09-cv-12208-NMG ("the District Court Action") pursuant to 28 U.S.C. § 1334(c) in response to Debtor's removal of the District Court Action. That motion is currently set to be heard before this Court on January 25, 2011 at 2:00 p.m. The parties are of the opinion that both the Motion for Relief and the Motion to Abstain and Remand are interrelated and therefore should be heard in unison.

1

2.

Undersigned counsel has contacted the court's law clerk and opposing counsel regarding a possible continuance. Counsel for Debtor George Porter, Jr. has no objection to this continuance.

3.

The Court's law clerk indicated that January 25, 2011 was available as a hearing date, and counsel for both parties are also available on that date.

4.

Counsel for Debtor, prior to filing, was apprised to the contents of this motion and counsel for consents to the entry of the relief requested herein.

**WHEREFORE**, HighSteppin' Productions, LLC, Creditor, respectfully requests that the Court continue the December 21, 2010 hearing date to January 25, 2011, or any such other date that may be selected by the Court, and the Court issue and Order granting the continuance of the relief sought.

December 20, 2010.

Respectfully Submitted,

s/Derek M. Mercer
Derek M. Mercer (TA) (28827)
Pierre V. Miller II (17712)
Patrick Miller LLC
400 Poydras Tower, Suite 1680,
New Orleans, Louisiana 70130
Telephone:(504) 527-5400
Facsimile: (504) 527-5456
E-mail: dmercer@patrickmillerlaw.com
pmiller@patrickmillerlaw.com

/s/ Jeffrey S. Baker
Jeffery S. Baker (MA Bar Roll No. 544929)

Baker & Associates
2 West Hill Place, Suite 100
Boston, MA 02114
Telephone: (617) 573-9505
Facsimile: (617) 573-9503
E-mail: Bakerlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Hearing has been served on:

Claude C. Lightfoot, Jr.
650 Poydras Street, Suite 1010
New Orleans, LA 70130

Wilbur J. (Bill) Bain, Jr.
3027 Ridgelake Drive
Metairie, LA 70002

Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130

John O. Piekesen, Jr.
829 Baronne Street
New Orleans, LA 70113

all parties or their counsel of record, either via ECF, facsimile transmission, hand delivery, or by placing a copy of same in the United States mail, postage prepaid and properly addressed.

/s/ Derek M. Mercer
Derek M. Mercer, Esq.

Date: December 20, 2010

53L-2, Case 10-13553, Eastern District of LA, New Orleans
Monday, December 20, 2010

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Best Buy
P.O. Box 15521
Wilmington, DB 19850-5521

Bug Music
7750 Sunset Blvd.
Los Angeles, CA 90046-3910

Bugaloo Music
7750 Sunset Blvd.
Los Angeles, CA 90046-3910

Capital One
P.O. Box 260848
Plano, TX 75026-0848

Capital One Auto Finance
P.O. Box 201347
Arlington, TX 76006-1347

Dillard's
P.O. Box 103104
Roswell. GA 30076-9104

ENC Mortgage
P.O. Box 619063
Dallas, TX 75261-9063

Friedman's Jewelers
P.O. 182125
Columbus. DB 43218-2125

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 H. Ft. Lowell Rd. Suite 200
Tucson, AZ 85712-1083

Home Depot
P.O. Box 653000
Dallas, TX 75265-3000

Internal Revenue Service
P.O. Box 21125
Philadelphia. PA 19114-0325

Ora's Publishing, Inc.
3013 Pine Street
New Orleans, LA 70125-2635

Pier 1 Imports
P.O. Box 94014
Palatine. IL 60094-4014

Regions Bank
P.O. Box 15026
Wilmington. DH 19850-5026

Regions Bank
P.O. Box 1984
Birmingham. AL 35201-1984

Sam's Club
P.O. Box 981401
HI Paso. TX 79998-1401

Screen Gems-EMI Music, Inc.
1290 Avenue of the Anericas
New York. NY 10104-0101

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

AAA
P.O. Box 15026
Wilmington, DB 19850-5026

Brian Stoltz
P.O. Box 3294
Slidell. LA 70459-3294

Cabbage Alley Music
4407 Canal Street
New Orleans. LA 70119-5946

David Russell Batiste, Jr.
4815 Tchoupitoulas Street
New Orleans. LA 70115-1663

(P)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN NY 48121-6275

Highsteppin' Productions. LLC
c/o Counsel of Record
Jeffrey S. Baker
Two West Hill Place
Boston. MA 02114-3265

J.C. Penney's
P.O. Box 103104
Roswell. GA 30076-9104

Porter, Batiste, Stoltz, LLC
4407 Canal Street
New Orleans. LA 70119-5946

Roaman's
P.O. Box 182273
Columbus. OB 43218-2273

Shell Oil
P.O. Box 689151
Des Moines, IA 50368-9151
Stage
P.O. Box 659465
San Antonio. TX 78265-9465

Aralean R. Porter
3013 Pine Street
New Orleane, LA 70125-2635

Office of the D.S. Trustee
Eastern District of Louisiana
Texaco Center
400 Poydras Street, Suite 2110
New Orleans. LA 70130-3238

Talbot's
P.O. Box 740158
Cincinnati, OR 45274-0158

Claude C. Lightfoot Jr.
Claude C. Lightfoot. Jr. P.C.
650 Poydras Street, Suite 1010
New Orleane, LA 70130·6129

Wilbur J. (Bill) Babin Jr.
3027 Ridgelake Drive
Metairie, LA 70002-4924

Zale's Credit Plan
P.O. Box 653054
Dallas, TX 75265-3054

George Joseph Porter Jr.
3013 Pine Street
New Orleans, LA 70125·2635

The preferred mailing address (p) above has been substituted for the following entity/entities so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed. R. Bank. P. 2002(g)(4).

Ford Motor Credit1
National Service Center
P.O. Box 537901
Livonia, MI 48153·7901

End of Label Matrix
Mailable recipients 37
Bypassed recipients 0
Total 37

5